## BRISKER v WAX

Ohio Appeals, 1st Dist, Hamilton Co

No 5351. Decided February 28, 1938

194

B. S. Schwartz, Cincinnati, for appellee.
A. L. Weinstein, Cincinnati, and Oliver
Dock, Cincinnati, for appellant.

## OPINION

By MATTHEWS, J.

At the trial in the Municipal Court of
Cincinnati it was not disputed that the
plaintiff had loaned to, or expended on be-
half of the defendant the amount of money
for which judgment was prayed.

The issues tried were, the statute of limi-
tations, the discharge in bankruptcy, a new
promise after the discharge, and a part
payment, tolling the statute of limitations.

The court, without a jury, found on all
the issues in favor of the plaintiff, and
rendered judgment accordingly. This appeal
is from that judgment.

A reading of the evidence discloses abun-
dant evidence to support the finding.

It was most strongly urged that the part
payment was made by the defendant's wife,
without his authority, bu we find evi-
dence, which, if believed, clearly proves
that her action was approved and ratified
within a few days after the payment.

The defendant, not having directed the
manner of application, the plaintiff had
the legal right to apply the payment, so
as to revive the whole debt.

The record disclosing no error, the judg-
ment is affirmed.

ROSS, PJ, and HAMILTON, J, concur.